**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 2 2 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. |
| MARIO BAZA-LOPEZ | |

**4.26 CR-0024**

THE GRAND JURY CHARGES THAT:

On or about April 22, 2026, in the Northern District of Georgia, the defendant, Mario Baza-Lopez, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General, or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A _____TRUE_____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
United States Attorney

DASHENE A. COOPER
Assistant United States Attorney
Georgia Bar No. 385738

600 U.S. Courthouse

75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181